1  LAWRENCE G. BROWN
   Acting United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for defendant United States of America

7              **UNITED STATES DISTRICT COURT**

8            **EASTERN DISTRICT OF CALIFORNIA**

9  LARRY FOWLER,                )   Case No. 1:09-cv-00236 OWW SMS
                                )
10             Plaintiff,       )   **STIPULATION RE:  IDENTIFICATION**
                                )   **OF PROPER PARTY DEFENDANT**
11        v.                    )   **AND ORDER**
                                )
12 JOSE G. GUTIERREZ,POSTMASTER,)
   BARBARA SANCHEZ, GWEN MURRY, )
13 JANIS L. BUONARATI, DOES     )
   1 to 5,                      )
14                              )
               Defendants.      )
15 _____)

16      Plaintiff Larry Fowler ("Plaintiff") and defendant United

17 States of America ("Defendant"), stipulate as follows:

18      Plaintiff has named Jose Gutierrez, Postmaster Barbara

19 Sanchez, Gwen Murry and Janis L. Buonarati as individually-named

20 defendants in this tort action.  However, the only proper federal

21 defendant in this case is the United States of America.  See 28

22 U.S.C. § 1346(b)(1).  Plaintiff and Defendant agree that the

23 individually named Defendants are not proper parties to this

24 ///

25 ///

26 ///

27 ///

28 ///

                             1

1  action and the only proper defendant is the United States of

2  America.  Accordingly, Plaintiff and Defendant agree to

3  substitute the United States as the defendant in this action in

4  place of the individually named defendants.  The parties further

5  agree to revise the caption in this action to read *Larry Fowler*

6  *v. United States of America*.

7                    Respectfully submitted,

8  Larry Fowler                    LAWRENCE G. BROWN
                                   Acting United States Attorney
9  (As authorized 05/29/09)

10

   /s/Larry Fowler                 /s/ Alyson A. Berg
11 LARRY FOWLER                    ALYSON A.BERG
   Pro Se Plaintiff                Attorneys for Defendant
12

13                          **ORDER**

14
   IT IS SO ORDERED.
15
   **Dated:   June 2, 2009          /s/ Oliver W. Wanger**
16                                 UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: IDENTIFICATION OF PROPER PARTY DEFENDANT AND [PROPOSED] ORDER