BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FOWLER, | Case No. 1:09-cv-00236-OWW-SMS |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to the terms of a written Stipulation for Compromise as well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with prejudice.

IT IS SO STIPULATED.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/Larry Fowler  
Larry Fowler  
Plaintiff In Pro Per

By: /s/Alyson A. Berg  
Alyson A. Berg  
Attorney for Defendant

Dated: March _2_, 2010

Dated: March _2__, 2010

///

///

1

STIPULATION FOR DISMISSAL; PROPOSED ORDER

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE, each party to bear their own fees and costs.

# CERTIFICATE OF SERVICE BY U.S. MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers;

That on March 2, 2010, she served a copy of:

**STIPULATION FOR DISMISSAL; PROPOSED ORDER**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Fresno, California.

Addressee(s):

Larry Fowler
P.O. Box 1782
2008 N. Adams
Tulare, CA 93275

/s/Bonnie L. L'Argent
Bonnie L. L'Argent

IT IS SO ORDERED.

**Dated:   March 2, 2010**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE